UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:13-CV-321-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | ENTRY OF DEFAULT |
| v. ) | AS TO DEFENDANTS |
| ) | LINDSEY M. BISSETTE AND |
| LINDSEY M. BISSETTE, and ) | MICKEY L. BISSETTE, JR. |
| MICKEY L. BISSETTE, JR., ) | |
| ) | |
| Defendants. ) | |

Upon motion, request, and proper showing by attorney for the Plaintiff, United States of America, the above-named defendants, Lindsey M. Bissette and Mickey L. Bissette, having failed to plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against Defendants Lindsey M. Bissette and Mickey L. Bissette, Jr.

This 12th day of September 2014.

_____
JULIE A. RICHARDS, CLERK
United States District Court